IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :
Plaintiff,
v. : Case No. 3:24-cr-24
JUDGE WALTER H. RICE
OMAR CABRERA RODRIGUEZ,
Defendant. :

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RETROACTIVE ADMENDMENT 821 (DOC. #46)

On August 22, 2025, Defendant Omar Cabrera Rodriguez ("Defendant") was sentenced by this Court to serve a term of incarceration of 127 months, to be followed by 8 years of supervised release. Doc. #43. On December 29, 2025, he filed a Motion for Reduction of Sentence Pursuant to Retroactive Amendment 821. Doc. #46. In his motion, he seeks a modification of his sentence pursuant to 28 U.S.C. § 3582(c)(2), to account for the change to the United States Sentencing Guidelines (the "Guidelines") brought about by Amendment 821. Amendment 821 became effective on November 1, 2023, and altered how the Guidelines treat offenses which are committed by individuals who are under a criminal justice sentence, including probation, parole, supervised release, imprisonment, work release, or escape status.

However, Defendant was sentenced after Amendment 821 became applicable and the change was fully accounted for at the time of sentencing. In fact, Defendant was not given any points under §4A1.1 at the time of sentencing so there are no points which could be subtracted from his criminal history score in the event of a successful motion.[1] Accordingly, Defendant is not eligible for any sentence reduction under Amendment 821.

Defendant's Motion for Reduction of Sentence Pursuant to Retroactive Amendment 821, Doc. #46, is OVERRRULED.

Date: August 19, 2026

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

[1] Although Defendant does not argue for it, Amendment 821 also introduced a point reduction for certain "zero-point offenders," who do not have any prior convictions. Defendant was not and is not eligible for this point reduction due to his documented criminal history set forth at sentencing.